

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GARY S. HANN,

                Plaintiff,              No. 04-CV-70977-DT

vs.                                         Hon. Gerald E. Rosen

STATE TREASURER,

                Defendant.
_____/

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION AND DENYING PLAINTIFF'S MOTION FOR RECONSIDERATION

At a session of said Court, held in
the U.S. Courthouse, Detroit, Michigan
on       December 16, 2005

PRESENT:   Honorable Gerald E. Rosen
                      United States District Judge

       This matter having come before the Court on the November 21, 2005 Report and Recommendation of United States Magistrate Judge R. Steven Whalen recommending that the Court dismiss, or in the alternative, deny Prisoner-Plaintiff Gary S. Hann's Motion for Reconsideration of this Court's June 17, 2005 Order granting Defendant's Motion to Remand this case to state court; and Plaintiff having filed Objections to the Magistrate Judge's Report and Recommendation; and the Court having reviewed and considered the R&R, Plaintiff's Objections thereto, and the entire record of this matter, and being otherwise fully advised in the premises,

NOW, THEREFORE,

IT IS HEREBY ORDERED that the Magistrate Judge's Report and Recommendation of November 21, 2005 be, and hereby is, adopted by the Court.

IT IS FURTHER ORDERED that, for the reasons stated in the Report and Recommendation, Plaintiff's Motion for Reconsideration is DENIED.

> s/Gerald E. Rosen
> Gerald E. Rosen
> United States District Judge

Dated: December 16, 2005

I hereby certify that a copy of the foregoing document was served upon counsel of record on December 16, 2005, by electronic and/or ordinary mail.

> s/LaShawn R. Saulsberry
> Case Manager